# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES-GENERAL

Case No.  CV 10-7388-DDP (PLAx)                                              Date  September 24, 2012

Title: Catalina Ricaldai v. US Investigations Services, LLC, et al.

---

PRESENT:  THE HONORABLE    PAUL L. ABRAMS

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**
NONE

**ATTORNEYS PRESENT FOR DEFENDANTS:**
NONE

**PROCEEDINGS:**         ( IN CHAMBERS)

Pursuant to the Court's September 4, 2012, Order re: Defendant's Motions to Compel, plaintiff was required, no later than September 18, 2012, to deliver a copy of the transcript, identified as Entry No. 177 in plaintiff's Privilege Log, to the Court for in camera review.  To date, the Court has not received the transcript.  Accordingly, no later than September 27, 2012, plaintiff is **ordered to show cause** why monetary sanctions should not be imposed for failure to abide by a Court order, and why the transcript should not be ordered produced to defendant without Court review.


cc:     Counsel of Record

Initials of Deputy Clerk      ch