O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATALINA RICALDAI, on behalf of herself and all others similarly situated,<br><br>              Plaintiff,<br><br>   v.<br><br>US INVESTIGATIONS SERVICES, LLC, a Delaware limited liability company,<br><br>              Defendant.<br>_____ | Case No. CV 10-07388 DDP (PLAx)<br><br>**ORDER DENYING MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND VACATING MOTION TO INTERVENE AND MOTIONS IN LIMINE**<br><br>[Dkt. Nos. 133, 142, 152, 153 ] |

Presently before the court is Plaintiff Catalina Ricaldai's Motion for Final Approval of Class Action Settlement, Class Representative's Service Award, and Attorneys' Fees and Litigation Costs. For the reasons stated on the record, the Motion is DENIED. Movant Tom P. Wilson's Motion to Intervene and Motions in Limine are VACATED as moot.

IT IS SO ORDERED.

Dated: March 26, 2013

DEAN D. PREGERSON
United States District Judge